In the Interest of D.W.G., C.S.G., M.J.G., Respondents.

JUVENILE OFFICER, Respondent,

v.

D.G. and P.G., Natural Parents, Appellants.

No. WD 45929.

Missouri Court of Appeals, Western District.

Jan. 19, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 1993.

Application to Transfer Denied April 20, 1993.

Candace J. Barnes, St. Joseph, for appellants.

Timothy J. Davis, St. Joseph, for respondent minors.

James A. Nadolski, St. Joseph, for respondent Juvenile Officer.

Before BRECKENRIDGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from judgment terminating parental rights. Judgment affirmed. Rule 84.16(b).